

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00266-CV

| | | |
|---|---|---|
| R.J. | § | From the 393rd District Court |
| | § | of Denton County (2013-61136-393) |
| v. | | |
| | § | October 1, 2015 |
| K.J. | § | Opinion by Justice David Wellington Chew |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant R.J. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ David Wellington Chew
      Justice David Wellington Chew